

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00974-CV

**IN THE INTEREST OF L.G., J.G., AND J.G., CHILDREN,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1222-CV-D
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

In this parental rights termination case, Appellant filed her notice of appeal on December 17, 2018. After this court granted Appellant's first motion for extension of time to file the brief, it was due on March 25, 2018. On the extended due date, Appellant filed a second motion for a thirty-day extension of time to file the brief until April 23, 2019.

Appellant's motion is GRANTED. We ORDER Appellant to file her brief not later than April 23, 2019.

**NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

We caution Appellant that if she fails to file the brief as ordered, this court may dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *In re G.J.O.*, No. 05-10-00378-CV, 2011 WL 2207094, at *1 (Tex. App.—Dallas June 8, 2011, no pet.) (per curiam) (mem. op.); *In re A.B.G.*, No. 04-06-00689-CV, 2007 WL 2376091, at *1 (Tex. App.—San Antonio Aug. 22, 2007, no pet.) (per curiam) (mem. op.).

We remind Appellant and the State that the children's "need for permanence is the paramount consideration for the child[ren]'s present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)); *see also* TEX. R. JUD. ADMIN. 6.2(a) (180-day disposition requirement).

_____

Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court